```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


MARLON DEVON HENDRICKS,         :
         Plaintiff
                                :

         vs.                    :   CIVIL NO. 1:CV-06-0480
                                       (Judge Caldwell)
HEAD WARDEN GENE FISCHI,        :   (Magistrate Judge Mannion)
DEPUTY WARDEN SAMUEL HYDER,
DEPUTY WARDEN MORRIS,           :
OFFICER MR. JENNINGS,
OFFICER MR. KEMSEL,             :
(10) JON DOES,
SHARON, CARLENE, KEVIN, JOYCE,  :
JOHN, & DONALD RYDER,
         Defendants             :
```

*O R D E R*

AND NOW, this 17th day of April, 2007, upon consideration of the report (doc. 36) of the magistrate judge, filed March 16, 2007, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. The Prison Defendants' motion (doc. 27) to dismiss under Fed. R. Civ. P. 41(b) is granted.

    3. The complaint is dismissed with prejudice as against all defendants for failure to prosecute the case.

    4. The Prison Defendants' motion (doc. 34) to dismiss under Local Rule 7.6 is dismissed as moot.

    5. The Clerk of Court shall close this file.

      6.  Any appeal of this order would not be in good faith.

                                          <u>/s/William W. Caldwell</u>
                                          William W. Caldwell
                                          United States District Judge